UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLIN LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>JOSEPHINE IIGA, et al.,<br><br>       Defendants. | Case No. 16-cv-06407-EMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; AND REMANDING TO STATE COURT**<br><br>Docket No. 8, 9, 12 |

    Plaintiff Dallin, LLC initiated this unlawful detainer action in state court against Defendants Josephine Iiga, Leonard Parham, and Susan Robinson. Defendants, proceeding pro se, subsequently removed the case to federal court. Judge Corley of this Court issued a report and recommendation ("R&R") in which she concluded that subject matter jurisdiction was lacking over the case. The R&R was served on Defendants but they did not file any objections.

    The Court has reviewed Judge Corley's R&R and finds it thorough, well reasoned, and correct. Accordingly, it **ADOPTS** Judge Corley's R&R as the order of the Court. This action is **REMANDED** to the state court for further proceedings.

    Dallin's motion to remand and motion to shorten time are deemed **MOOT** in light of this order.

    The Clerk of the Court is instructed to close the file in this case.

    This order disposes of Docket Nos. 8, 9, and 12.

    **IT IS SO ORDERED**.

Dated: January 3, 2017

                                                  EDWARD M. CHEN<br>                                                United States District Judge